

RECEIVED
IN ALEXANDRIA, LA

AUG 2 9 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **KENNETH D. REED, SR.** | **CIVIL ACTION NO. 1:07CV781** |
| **VERSUS** | **JUDGE DRELL** |
| **WARDEN, LSP** | **MAGISTRATE JUDGE KIRK** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

 The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at ALEXANDRIA, Louisiana, this 29th Day of August, 2007.

Dee D. Drell
UNITED STATES DISTRICT JUDGE